# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ANDREW ARMSTRONG and
PATRICIA MARIE ARMSTRONG,
Plaintiffs

v.

UNITED AIRLINES, INC.,
Defendant

C.A. No. CA 06 386ML

REMOVED FROM THE PROVIDENCE COUNTY SUPERIOR COURT FOR THE STATE OF RHODE ISLAND, C.A. NO. 06-3173

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, United Airlines, Inc. ("United") hereby gives notice pursuant to 28 U.S.C. § 1446 of the removal of the above-entitled action and, in support hereof, states as follows:

1. Plaintiffs, Andrew Armstrong and Patricia Marie Armstrong, filed a civil action against United which is now pending in the Superior Court of the State of Rhode Island, CA. No. 06-3174 entitled Andrew Armstrong and Patricia Marie Armstrong v. United Airlines, Inc. The Summons and Complaint in such action were served upon United on or about June 19, 2006.

2. Upon information and belief, Plaintiffs are citizens of the State of Rhode Island.

3. Defendant United Airlines, Inc. is a Delaware Corporation with a principal place of business in Elk Grove Village, Illinois.

4. Upon information and belief and the facts as alleged in the Plaintiffs' Response to Defendant's First Request for Admission, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. A true and correct copy of Plaintiffs' Response to Defendant's First Request for Admission is attached hereto as Exhibit 1.

5. This Court has original jurisdiction over the above-entitled action based upon the diversity of citizenship between Plaintiffs and the Defendant in accordance with 28 U.S.C. § 1332. Therefore, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

6. Pursuant to 28 U.S.C. § 1446, United hereby files this Petition for Removal within thirty (30) days following receipt of Plaintiffs' Response to Defendant's First Request for Admission concerning the amount of damages claimed by Plaintiffs.

7. A copy of this Notice is being filed with the Clerk of the Superior Court of the State Rhode Island, County of Providence to effect removal pursuant to 28 U.S.C. § 1446(d).

8. Written notice of the filing of this Notice of Removal will be given to the adverse party as required by 28 U.S.C. § 1446(d).

9. Copies of all process and pleadings on file with the Superior Court of the State of Rhode Island, County of Providence, as of this date will be filed within ten (10) days hereof.

WHEREFORE, the action now pending in the Superior Court of the State of Rhode Island, County of Providence, is properly removed therefrom to this Court.

UNITED AIRLINES, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Howard Merten (#3171)
Lisa M. Martinelli (#6350)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
hm@psh.com
lmm@psh.com

DATED: August 28, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANT'S NOTICE OF REMOVAL was mailed, postage prepaid, on this ~~28th~~ 29th day of August, 2006:

Ronald J. Resmini, Esq.
155 South Main Street
Suite 400
Providence, RI 02903

873311_1/5419-2