STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

ANDREW ARMSTRONG and
PATRICIA MARIE ARMSTRONG :

VS. : CA NO. 06-3173

UNITED AIRLINES, INC. :

# COMPLAINT

## COUNT I

1. Plaintiffs are the residents of the City of East Providence, State of Rhode Island.

2. Defendant is a corporation licensed to do business in the State of Rhode Island.

3. On or about October 21, 2005, the Plaintiff, at all times in the exercise of due care, states he sustained personal injury as a result of the negligence of the Defendant and its representatives.

4. Plaintiff, at all times in the exercise of due care, was seated on Flight #882 when, without warning, the seat proceeded to malfunction trapping the Plaintiff resulting in severe personal and permanent injury.

WHEREFORE, as a result of the Defendant's negligence, the Plaintiff requests damages, plus interest and costs.

## COUNT II – BREACH OF CONTRACT

7. Now comes the Plaintiff who alleges breach of contract of said Defendants for the following and incorporates Count I of his complaint and further alleges as follows.

8. Plaintiff had a contract with the Defendant to provide a safe environment and a safe functioning seat to ensure the safety of said Plaintiff.

As a result of said malfunction, Plaintiff sustained severe permanent injury.

9. Plaintiff paid sufficient consideration to said Defendants with the implied and express promise to be transported in a safe environment, and as a result of circumstances within the control of the Defendant or its representatives, the Plaintiff sustained severe personal injuries.

WHEREFORE, Plaintiff demands judgment, plus interest, costs and attorney fees.

## COUNT III – LOSS OF CONSORTIUM

10. Now comes the Plaintiff, Patricia Marie Armstrong, who alleges damages as a result of loss of consortium for the injuries sustained

by her husband, Andrew Armstrong, and incorporates Count I and Count II by way of reference to this complaint.

WHEREFORE, Plaintiff demands judgment, plus interest and costs.

Plaintiffs hereby demand a jury trial.

Plaintiffs,
ANDREW ARMSTRONG and
PATRICIA MARIE ARMSTRONG,
By their Attorney,

Ronald J. Resmini, Esq. #0484
Law Offices of Ronald J. Resmini
155 South Main Street, Suite 400
Providence, RI 02903
(401) 751-8855
(401) 737-6464

DATED: JUNE 9, 2006.