STATE OF RHODE ISLAND SUPERIOR COURT
PROVIDENCE, SC.

ANDREW ARMSTRONG and :
PATRICIA MARIE ARMSTRONG

-VS- :C.A.NO.06-3173

UNITED AIRLINES, INC. :

PLAINTIFFS RESPONSE TO
FIRST REQUEST FOR ADMISSION

Now come the Plaintiffs in the above entitled cause and herein respond to Defendant's First Request for Admission as follows:

1. Plaintiffs deny that the claim does not exceed the sum or value of $75,000.00 exclusive of interest and costs. Plaintiff, Andrew Armstrong, in this case has undergone the necessity of an operation and continues under active medical care.

RONALD J. RESMINI, ESQ. signed on behalf of Plaintiff, Andrew Armstrong, as his Attorney in the above-entitled cause
155 South Main St., Suite 400
Prov., RI 02903
DATED: August 10, 2006
(401)751-8855

Subscribed and sworn to before me this 10th day of August, 2006.

Notary Public
NOTARY PUBLIC 8/2010

CERTIFICATION

I hereby certify that on this 10th day of August, 2006 I mailed a copy of the within Response to First Request for Admission by regular mail, postage prepaid to the following:

Howard A. Merten, Esq.
Lisa M. Martinelli, Esq.
PARTRIDGE SNOW HAHN LLP
180 South Main St.
Prov., RI 02903

Elaine M. Orsini