STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3173 ANDREW ARMSTROG V UNITED AIRLINES INC

ïling Date: 06-13-2006 Case Type: PERSONAL INJURY
ıse Status: UNASSIGNED Status Date: 06-13-2006

Plaintiff: ANDREW ARMSTRONG Attorney: RONALD RESMINI
ID: @10845693
Plaintiff: PATRICIA ARMSTRONG Attorney: RONALD RESMINI
ID: @10845694
Defendant: UNITED AIRLINES INC. Attorney: HOWARD MERTEN
ID: @10845695 Attorney: LISA MARTINELLI

**Scheduled Events**

| ıte | Event | Location | Judge |
|---|---|---|---|

**Prior Events**

| ıte | Event | Location | Judge |
|---|---|---|---|

**Case Jacket**

| ecked Out | Returned | Person | Comments/Text |
|---|---|---|---|

**Docket Entry Information**

| te | Description | Text |
|---|---|---|
| 13-2006 | SUMMONS,PROOF OF SERVICE FILED | FOR DEF UNITED AIRLINES. |
| 13-2006 | COMPLAINT FILED | |
| 13-2006 | INITIAL FILING FEE | |
| 13-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP228198. |
| 23-2006 | SUMMONS,PROOF OF SERVICE FILED | FOR UNITED AIRLINES. |
| 13-2006 | STIPULA FILED,EXTEN OF TIME | DEF HAS UNTIL AUG. 9 TO ANSWER. |
| 09-2006 | ANSWER FILED | OF UNITED AIRLINES INC |
| 09-2006 | REQUEST FOR ADMISSION(S) FILED | BY DEF |
| 11-2006 | RESPNS TO REQ FOR ADMISSN FILE | BY PLFS |
| 29-2006 | NOTICE OF REMOVAL | US DISTRICT COURT #06-0386M<br>Affiliated: UNITED AIRLINES INC. |
| 29-2006 | CASE REMVD TO US DISTRICT CT | Affiliated: UNITED AIRLINES INC. |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

PROVIDENCE, SC. SUPERIOR COURT

CA 06 386 ML

ANDREW ARMSTRONG and PATRICIA MARIE ARMSTRONG,
Plaintiffs

v.

UNITED AIRLINES, INC.,
Defendant

C.A. No. 06-3173

**DEFENDANT'S NOTICE OF REMOVAL**

Now comes Defendant, United Airlines, Inc. in the above-captioned matter and hereby gives notice that the within matter has been removed to the United States District Court for the District of Rhode Island pursuant to 28 USC §§ 1332, 1441 and 1446. A certified copy of the Notice of Removal, with attached documents, filed with the United States District Court for the District of Rhode Island is attached hereto as Exhibit A.

UNITED AIRLINES, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Howard Merten (#3171)
Lisa M. Martinelli (#6350)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
hm@psh.com
lmm@psh.com

DATED: August 28, 2006

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2006 AUG 29 P 2: 25

A True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DEFENDANT'S NOTICE OF REMOVAL was mailed, postage prepaid, on this 29th day of August, 2006:

Ronald J. Resmini, Esq.
155 South Main Street
Suite 400
Providence, RI 02903

873307_1/5419-2

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

ANDREW ARMSTRONG and
PARTRICIA MARIE ARMSTRONG

## DEFENDANTS

UNITED AIRLINES, INC.

CA 06 386

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ______
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Schaumberg Townsl
(IN U.S. PLAINTIFF CASES ONLY) Illinois
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903
(401) 781-8855

ATTORNEYS (IF KNOWN)

Howard Merten, Esq. / Lisa M. Martinelli, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

8 U.S.C. §§ 1332, 1441, 1446. Upon information and belief and the facts stated in Plaintiffs' esponse to First Request for Admission, the matter in controversy exceeds the sum or value f $75,000 exclusive of interest and costs.

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☒ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury—Med Malpractice
- ☐ 365 Personal Injury—Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Other

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) (See instructions): IF ANY

JUDGE ______ DOCKET NUMBER ______

True Copy Attest

DATE
8/29/06

SIGNATURE OF ATTORNEY OF RECORD

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

UNITED STATES DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ANDREW ARMSTRONG and
PATRICIA MARIE ARMSTRONG,
Plaintiffs

v.

UNITED AIRLINES, INC.,
Defendant

CA 06 386
C.A. No.

REMOVED FROM THE PROVIDENCE COUNTY SUPERIOR COURT FOR THE STATE OF RHODE ISLAND, C.A. NO. 06-3173

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant, United Airlines, Inc. ("United") hereby gives notice pursuant to 28 U.S.C. § 1446 of the removal of the above-entitled action and, in support hereof, states as follows:

1. Plaintiffs, Andrew Armstrong and Patricia Marie Armstrong, filed a civil action against United which is now pending in the Superior Court of the State of Rhode Island, CA. No. 06-3174 entitled Andrew Armstrong and Patricia Marie Armstrong v. United Airlines, Inc. The Summons and Complaint in such action were served upon United on or about June 19, 2006.

2. Upon information and belief, Plaintiffs are citizens of the State of Rhode Island.

3. Defendant United Airlines, Inc. is a Delaware Corporation with a principal place of business in Elk Grove Village, Illinois.

4. Upon information and belief and the facts as alleged in the Plaintiffs' Response to Defendant's First Request for Admission, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. A true and correct copy of Plaintiffs' Response to Defendant's First Request for Admission is attached hereto as Exhibit 1.

5. This Court has original jurisdiction over the above-entitled action based upon the diversity of citizenship between Plaintiffs and the Defendant in accordance with 28 U.S.C. § 1332. Therefore, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

6. Pursuant to 28 U.S.C. § 1446, United hereby files this Petition for Removal within thirty (30) days following receipt of Plaintiffs' Response to Defendant's First Request for Admission concerning the amount of damages claimed by Plaintiffs.

7. A copy of this Notice is being filed with the Clerk of the Superior Court of the State Rhode Island, County of Providence to effect removal pursuant to 28 U.S.C. § 1446(d).

8. Written notice of the filing of this Notice of Removal will be given to the adverse party as required by 28 U.S.C. § 1446(d).

9. Copies of all process and pleadings on file with the Superior Court of the State of Rhode Island, County of Providence, as of this date will be filed within ten (10) days hereof.

WHEREFORE, the action now pending in the Superior Court of the State of Rhode Island, County of Providence, is properly removed therefrom to this Court.

UNITED AIRLINES, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Howard Merten (#3171)
Lisa M. Martinelli (#6350)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
hm@psh.com
lmm@psh.com

DATED: August 28, 2006

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANT'S NOTICE OF REMOVAL was mailed, postage prepaid, on this ~~28~~th 29th day of August, 2006:

Ronald J. Resmini, Esq.
155 South Main Street
Suite 400
Providence, RI 02903

873311_1/5419-2

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

ANDREW ARMSTRONG and PATRICIA MARIE ARMSTRONG :

-VS- :C.A.NO.06-3173

UNITED AIRLINES, INC. :

PLAINTIFFS RESPONSE TO FIRST REQUEST FOR ADMISSION

Now come the Plaintiffs in the above entitled cause and herein respond to Defendant's First Request for Admission as follows:

1. Plaintiffs deny that the claim does not exceed the sum or value of $75,000.00 exclusive of interest and costs. Plaintiff, Andrew Armstrong, in this case has undergone the necessity of an operation and continues under active medical care.

RONALD J. RESMINI, ESQ. signed on behalf of Plaintiff, Andrew Armstrong, as his Attorney in the above-entitled cause
155 South Main St., Suite 400
Prov., RI 02903
DATED: August 10, 2006
(401)751-8855

Subscribed and sworn to before me this 10th day of August, 2006.

NOTARY PUBLIC Notary Public 8/2010

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

CERTIFICATION

I hereby certify that on this 10th day of August, 2006 I mailed a copy of the within Response to First Request for Admission by regular mail, postage prepaid to the following:

Howard A. Merten, Esq.
Lisa M. Martinelli, Esq.
PARTRIDGE SNOW HAHN LLP
180 South Main St.
Prov., RI 02903

Elaine M. Ursini

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

# State of Rhode Island and Providence Plantations
## SUPERIOR COURT

[X] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. 06-3173

Andrew Armstrong and
Patricia Marie Armstrong
**Plaintiff**

United Airlines
**Defendant**

***Summons***

United Airlines

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon **RONALD J. RESMINI, LTD., Law Offices** Plaintiff's attorney, whose address is **155 South Main Street, Suite 400 Providence, Rhode Island 02903** an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will hereafter be barred from making such claim in any other action.

6/16/06

Henry S. Kinch, Jr.
CLERK

True Copy Attest
Henry S. Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

Dated: ....................

(Seal of the Superior Court)

SUPERIOR COURT
FILED
HENRY S. KINCH, JR
06 JUN 23 AM 11:00

- 135 (REV. 10/00)

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

xxx[ ] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. PC 06-3173

andrew Armstrong and
tricia Marie Armstrong
**Plaintiff**

nited Airlines
**Defendant**

***Summons***

*To the above-named Defendant:*

United Airlines
c/o Prentis Hall Corp. System
222 Jefferson Boulevard
Warwick, RI 02888

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon **RONALD J. RESMINI, LTD., Law Offices** Plaintiff's attorney, whose address is **155 South Main Street, Suite 400 Providence, Rhode Island 02903** an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will hereafter be barred from making such claim in any other action.

Hy S. Kinch, Jr.
CLERK

Dated: June 9, 2006

**Seal of the Superior Court)**

True Copy Attest
Hy S. Kinch, Jr.
**Office of Clerk of Superior Court**
**Counties of Providence & Bristol**
**Providence Rhode Island**

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2006 JUN 13 P 12: 09

135 (REV. 10/00)

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC. SUPERIOR COURT

ANDREW ARMSTRONG and
PATRICIA MARIE ARMSTRONG,
Plaintiffs

v.

UNITED AIRLINES, INC.,
Defendant

C.A. No. 06-3173

## UNITED AIRLINES, INC.'S ANSWER TO COMPLAINT

Now comes Defendant United Airlines, Inc. ("United") and hereby answers Plaintiffs' Complaint as follows:

## COUNT I

1. United is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint and leaves Plaintiffs to their proof thereof.

2. Admitted.

3. United admits that Mr. Armstrong was a passenger on Flight #882 on October 21, 2005 but denies that Mr. Armstrong sustained personal injury as a result of the negligence of United and its representatives.

4. United admits that Mr. Armstrong's seat experienced a minor malfunction on Flight #882 but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 4 of the Complaint concerning Mr. Armstrong's exercise of due care and the extent (if any) of his injuries and leaves Plaintiffs to their proof thereof.

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2006 AUG -9 P 12: 43

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

WHEREFORE, Defendant United Airlines, Inc. prays that judgment be entered on its behalf, dismissing the Complaint with prejudice and award it such other and further relief as may be meet and just.

**COUNT II – BREACH OF CONTRACT**

7. [sic] United repeats and realleges its answers to paragraphs 1 through 4 of Plaintiffs' Complaint as if each were fully set forth herein. To the extent an answer is required for paragraph 7, United denies liability for a breach of contract claim.

8. [sic] United denies that it had a contract with Mr. Armstrong. United admits that Mr. Armstrong's seat experienced a minor malfunction but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 8 of the Complaint and leaves Plaintiffs to their proof thereof.

9.[sic] United denies that a contract existed between itself and Mr. Armstrong. United admits that a ticket was purchased by or on behalf of Mr. Armstrong for Flight #882 but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 9 of the Complaint and leaves Plaintiffs to their proof thereof

WHEREFORE, Defendant United Airlines, Inc. prays that judgment be entered on its behalf, dismissing the Complaint with prejudice and award it such other and further relief as may be meet and just.

**COUNT III**

10.[sic] United repeats and realleges its answers to paragraphs 1 through 9 of Plaintiffs' Complaint as if each were fully set forth herein. To the extent an answer is required for paragraph 10, United denies liability for a loss of consortium claim.

WHEREFORE, Defendant United Airlines, Inc. prays that judgment be entered on its behalf, dismissing the Complaint with prejudice and award it such other and further relief

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

as may be meet and just.

**AFFIRMATIVE DEFENSES**

United reserves the right to amend its Answer to include all affirmative defenses which may become known through the course of discovery.

**FIRST DEFENSE**

Plaintiffs fail to state a claim upon which relief may be granted.

**SECOND DEFENSE**

At all times relevant hereto, United exercised reasonable care and plaintiffs' injuries (if any) were not foreseeable.

**THIRD DEFENSE**

The claims of Mr. Armstrong are barred, in whole or in part, by his own comparative and/or contributory negligence which was the proximate cause of the injuries of which he complains.

**FOURTH DEFENSE**

This Court lacks subject matter jurisdiction over the claims alleged in the complaint.

UNITED AIRLINES, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Howard A. Merten (#3171)
Lisa M. Martinelli (#6350)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: August 9, 2006

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing UNITED AIRLINES, INC.'S ANSWER TO COMPLAINT was mailed, postage prepaid, on this 9th day of August, 2006 to:

Ronald J. Resmini, Esq.
LAW OFFICES OF RONALD J. RESMINI
155 South Main Street
Suite 400
Providence, RI 02903

870474_1/5419-2

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC. SUPERIOR COURT

ANDREW ARMSTRONG and
PATRICIA MARIE ARMSTRONG,
Plaintiffs

v.

UNITED AIRLINES, INC.,
Defendant

C.A. No. 06-3173

## DEFENDANT'S FIRST REQUEST FOR ADMISSION TO PLAINTIFFS

Pursuant to Rule 36 of the Rhode Island Superior Court Rules of Civil Procedure, Defendant United Airlines, Inc. ("United") hereby propounds the following request for admission upon Plaintiffs Andrew Armstrong and Patricia Marie Armstrong ("Defendants") which shall be responded to within thirty (30) days after service of the within request.

## INSTRUCTIONS

In your response, if you can neither admit or deny any particular matter, explain in detail why you cannot do so. Likewise, denial must fairly meet the substance of the request for admission, and when good faith requires that you qualify an answer or deny only part of the matter for which an admission is requested, you shall specify so much of it as is true and qualify or deny the remainder. You may not give lack of information or knowledge as a reason for failure to admit or deny, unless you state that you have made reasonable inquiry and that the information known or readily obtainable by you is insufficient to enable you to admit or deny the request.

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2006 AUG -9 P 12: 43

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

**REQUEST**

1. Admit that the damages alleged in Plaintiffs' complaint does not exceed the sum or value of $75,000.00 exclusive of interest and costs.

UNITED AIRLINES, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Howard A. Merten (#3171)
Lisa M. Martinelli (#6350)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: August 9, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DEFENDANT'S FIRST REQUEST FOR ADMISSION TO PLAINTIFFS was mailed, postage prepaid, on this 9th day of August, 2006 to:

Ronald J. Resmini, Esq.
LAW OFFICES OF RONALD J. RESMINI
155 South Main Street
Suite 400
Providence, RI 02903

870763_1/5419-2

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

STATE OF RHODE ISLAND SUPERIOR COURT
PROVIDENCE, SC.

ANDREW ARMSTRONG and :
PATRICIA MARIE ARMSTRONG

-VS- :C.A.NO.06-3173

UNITED AIRLINES, INC. :

PLAINTIFFS RESPONSE TO
FIRST REQUEST FOR ADMISSION

Now come the Plaintiffs in the above entitled cause and herein respond to Defendant's First Request for Admission as follows:

1. Plaintiffs deny that the claim does not exceed the sum or value of $75,000.00 exclusive of interest and costs. Plaintiff, Andrew Armstrong, in this case has undergone the necessity of an operation and continues under active medical care.

RONALD J. RESMINI, ESQ. signed on behalf of Plaintiff, Andrew Armstrong, as his Attorney in the above-entitled cause
155 South Main St., Suite 400
Prov., RI 02903
DATED: August 10, 2006
(401)751-8855

Subscribed and sworn to before me this 10th day of August, 2006.

Brigitte L. Yarrow Notary Public
NOTARY PUBLIC 8/2010

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

SUPERIOR COURT
FILED
06 AUG 11 AM 11:53

# CERTIFICATION

I hereby certify that on this 10th day of August, 2006 I mailed a copy of the within Response to First Request for Admission by regular mail, postage prepaid to the following:

Howard A. Merten, Esq.
Lisa M. Martinelli, Esq.
PARTRIDGE SNOW HAHN LLP
180 South Main St.
Prov., RI 02903

Elaine M. Orsini

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC. SUPERIOR COURT

ANDREW ARMSTRONG AND PATRICIA MARIE ARMSTRONG,
Plaintiffs

v.

UNITED AIRLINES,
Defendants

C.A. No. 06-3173

## ENLARGEMENT STIPULATION

It is hereby stipulated by and between the parties that the defendant United Airlines' may have up to and including August 9, 2006 to answer or otherwise respond to plaintiffs Andrew Armstrong and Patricia Marie Armstrong's Complaint.

ANDREW ARMSTRONG AND PATRICIA MARIE ARMSTRONG,
By Its Attorneys,

RONALD J. RESMINI, LTD.

Ronald J. Resmini (#0484)
155 South Main Street
Suite 400
Providence, RI 02903
(401) 751-8855
(401) 737-6464 FAX

DATED: July 12, 2006

UNITED AIRLINES

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Howard A. Merten (#3171)
180 South Main Street,
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH, JR
06 JUL 13 AM 11: 27

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ENLARGEMENT STIPULATION was mailed, postage prepaid, on this 12th day of July, 2006 to:

Ronald J. Resmini, Ltd., Law Offices
155 South Main Street
Suite 400
Providence, RI 02903

[signature]

865905_1/99998-75

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

ANDREW ARMSTRONG and PATRICIA MARIE ARMSTRONG :

VS. : CA NO. PC 06-3173

UNITED AIRLINES, INC. :

# COMPLAINT

## COUNT I

1. Plaintiffs are the residents of the City of East Providence, State of Rhode Island.

2. Defendant is a corporation licensed to do business in the State of Rhode Island.

3. On or about October 21, 2005, the Plaintiff, at all times in the exercise of due care, states he sustained personal injury as a result of the negligence of the Defendant and its representatives.

4. Plaintiff, at all times in the exercise of due care, was seated on Flight #882 when, without warning, the seat proceeded to malfunction trapping the Plaintiff resulting in severe personal and permanent injury.

WHEREFORE, as a result of the Defendant's negligence, the Plaintiff requests damages, plus interest and costs.

FILED
HENRY S. KINCH JR., CLERK
2006 JUN 13 P 12: 09

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

COUNT II – BREACH OF CONTRACT

7. Now comes the Plaintiff who alleges breach of contract of said Defendants for the following and incorporates Count I of his complaint and further alleges as follows.

8. Plaintiff had a contract with the Defendant to provide a safe environment and a safe functioning seat to ensure the safety of said Plaintiff.

As a result of said malfunction, Plaintiff sustained severe permanent injury.

9. Plaintiff paid sufficient consideration to said Defendants with the implied and express promise to be transported in a safe environment, and as a result of circumstances within the control of the Defendant or its representatives, the Plaintiff sustained severe personal injuries.

WHEREFORE, Plaintiff demands judgment, plus interest, costs and attorney fees.

COUNT III – LOSS OF CONSORTIUM

10. Now comes the Plaintiff, Patricia Marie Armstrong, who alleges damages as a result of loss of consortium for the injuries sustained

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island
True Copy Attest

by her husband, Andrew Armstrong, and incorporates Count I and Count II by way of reference to this complaint.

WHEREFORE, Plaintiff demands judgment, plus interest and costs.

Plaintiffs hereby demand a jury trial.

Plaintiffs,
ANDREW ARMSTRONG and
PATRICIA MARIE ARMSTRONG,
By their Attorney,

Ronald J. Resmini, Esq. #0484
Law Offices of Ronald J. Resmini
155 South Main Street, Suite 400
Providence, RI 02903
(401) 751-8855
(401) 737-6464

DATED: JUNE 9, 2006.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

R E C E I P T

hode Island Justice System

Receipt Number: SCP228198
Date: 13-JUN-2006
Cashier: LSY

ayor: LB- RONALD J RESMINI
ddress:

| escription | Amount |
|---|---|
| ase: PC-2006-3173 | |
| ANDREW ARMSTROG V UNITED AIRL | |
| NITIAL FILING FE | 150.00 |
| Y LEGAL SERVICES | 10.00 |
| Present Balance: | 160.00 |
| Amount Paid: | 160.00 |
| New Balance Due: | 0.00 |

| ender Type: | |
|---|---|
| HECKS-SCP-34489 | 160.00 |
| | 0.00 |
| Amount Tendered: | 160.00 |
| Amount Paid: | 160.00 |
| Change: | 0.00 |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

# STATE OF RHODE ISLAND
## SUPERIOR COURT
### CIVIL CASE COVER SHEET

CASE #

THIS FORM MUST BE FILED WITH EACH ORIGINAL DOCUMENT THAT COMENCES A CIVIL PROCEEDING IN THE CLERK'S OFFICE. IF THE CASE IS A DISTRICT COURT APPEAL, THIS FORM MUST BE FILED WITH THE APPEAL IN THE DISTRICT COURT AND WILL BE TRANSFERRED WITH OTHER DOCUMENTS TO THE SUPERIOR COURT.

| | |
|---|---|
| LAINTIFF ID# | DEFENDANT ID# |

NATURE OF PROCEEDING - CHECK **ONE** APPLICABLE CASE TYPE UNDER MAIN CATEGORIES LISTED BELOW.

**VIL ACTION**

| | | |
|---|---|---|
| ) **AA** AGENCY APPEAL | ( ) **EX** EXCESSIVE TAX | ( ) **PR** PARTITION |
| ) **AB** ASSAULT & BATTERY | ( ) **FF** FORFEITURE | ( ) **RC** REINSTATE CHARTER |
| ) **AE** ASBESTOS CASES | ( ) **FG** FOREIGN JUDGMENT | ( ) **PT** PROMISSARY NOTE |
| ) **AI** ANTI-TRUST | ( ) **FS** FRIENDLY SUIT | ( ) **RY** REAL PROPERTY |
| ) **BA** BOOK ACCOUNT | ( ) **ID** PER INJURY/PROP DAM/VEH | ( ) **SA** SEXUAL ABUSE |
| ) **BP** BILL OF RIGHTS-POLICE OFF | ( ) **IJ** INJUNCTIVE RELIEF | ( ) **SF** SPECIFIC PERFORMANCE |
| ) **CH** CIVIL RIGHTS/JOB DISCRIM | ( ) **IP** INTERPLEADER | ( ) **SX** SEXUAL HARASSMENT |
| ) **CI** CRIMINAL INJURY COMP | ( ) **LC** LEAD CASE | ( ) **TD** CONTRACT DAMAGES |
| ) **CL** COMMON LAW ASSIGNMENT | ( ) **LS** LIBEL/SLANDER | ( ) **TE** TRESSPASS & EJECTMENT |
| ) **CM** COMMON LAW LIEN | ( ) **ME** MALPRACTICE/LEGAL | ( ) **TO** TITLE CLEARING |
| ) **CS** CONVERSION | ( ) **MM** MALPRACTICE/MEDICAL | ( ) **TV** TRUSTEE/APPT CONVEY TITLE |
| ) **CV** CRIMINAL CONVERSION | ( ) **MO** MALPRACTICE/OTHER | ( ) **TG** TRUSTEE/ACCOUNTING |
| ) **CH** CIVIL RIGHTS/JOB DISCRIMIN | ( ) **OV** OTHER CIVIL ACTION | ( ) **UM** UNINSURED MOTORIST |
| ) **DJ** DECLARATORY JUDGMENT | ( ) **PB** PROPERTY DAMAGES | ( ) **WM** WRIT OF MANDAMUS |
| ) **DG** RECOVERY OF DAMAGES | ( ) **PG** PROPERTY DAMAGES/VEH | ( ) **WR** WRIT OF REPLEVIN |
| ) **DB** DEBT ON JUDGMENT | ( ) **PI** PERSONAL INJURY | ( ) **WD** WRONGFUL DEATH |
| ) **DD** DECEPTIVE TRADE PRACTICE | ( ) **PJ** PERSONAL INJURY/VEHICLE | |
| ) **DN** DENIAL OF PROBATE CLAIM | ( ) **PL** PRODUCT LIABILITY | |

**SCELLANEOUS PETITION**

| | | |
|---|---|---|
| **AC** ARBITRATION/CONFIRM | ( ) **GJ** GRAND JURY INVESTIGATION | ( ) **PX** PETITION TO EXPUNGE |
| **AD** ARBITRATION AWARD | ( ) **HC** HABEAS CORPUS | ( ) **PY** PETITION INVENT (WIRE TAP) |
| **AS** ASSESSMENT OF DAMAGES | ( ) **LN** LEVEL COMMUN NOTIFICATION | ( ) **RB** ARBITRATION REFERRAL |
| **CE** CONDEMNATION | ( ) **ML** MECHANICS LIEN | ( ) **RP** RULE 5A PETITION |
| **CN** CONFIRM COMPROMISE | ( ) **MW** MATERIAL WITNESS | ( ) **RV** RECEIVERSHIP |
| **CP** CONTEMPT | ( ) **OM** OTHER MISC PETITION | ( ) **SO** SEXUAL VIOLENT PREDATOR |
| **DI** DISCLAIMER | ( ) **OW** OUT OF STATE WITNESS | ( ) **TA** APPOINTMENT OF TRUSTEE |
| **DS** DISSOLUTION OF CORP | ( ) **PC** POST CONVICTION RELIEF | ( ) **TC** TITLE CLEARING (TAX TITLE) |
| **DT** DECLINATION OF TRUSTEE | ( ) **PD** PETITION TO TAKE DEPO | ( ) **TL** FORECLOSURE/TAX LIEN |
| **EN** END PARTNERSHIP | ( ) **PM** PETITION FOR IMMUNITY | ( ) **TS** TRUSTEE SUCCESSOR |
| **FC** FORFEITURE OF CHARTER | ( ) **PO** PETITION FOR CONSTABLE | ( ) **VC** VACATE ARBITRATION |
| **FL** FORECLOSURE RIGHTS REDEM | ( ) **PS** PERFORM SURGERY | |

**OBATE APPEAL**

| | | |
|---|---|---|
| **GD** GUARDIANSHIP | ( ) **OA** OTHER PROBATE APPEAL | ( ) **WL** WILL |
| **NC** NAME CHANGE | ( ) **TU** TRUST | |

**STRICT COURT APPEAL**

DISTRICT COURT APPEAL

True Copy Attest

RIAL ( ) YES ( ) NO IF YES: ( ) JURY ( ) NON-JURY

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

TORNEY NAME & REGISTRATION#
RO SE/NAME: DATE: TODAY

23 (REV05-05)