# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ANDREW ARMSTRONG and PATRICIA MARIE ARMSTRONG,
Plaintiffs

v.

UNITED AIRLINES, INC.,
Defendant

C.A. No. 06-386 ML

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant United Airlines, Inc. advises the Court that it is owned by UAL Corporation and no publicly held company owns 10% or more of its stock.

Respectfully submitted, this 8th day of September, 2006.

UNITED AIRLINES, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Lisa M. Martinelli

Howard Merten (#3171)
Lisa M. Martinelli (#6350)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
hm@psh.com
lmm@psh.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September, 2006, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Ronald J. Resmini, Esq.

/s/ Lisa M. Martinelli

873318_1/5419-2