UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANDREW ARMSTRONG and :
PATRICIA MARIE ARMSTRONG,
Plaintiffs :

-VS- :C.A.NO.06-386ML

UNITED AIRLINES, INC.,
Defendant :

I. PLAINTIFF'S STATEMENT:

On October 2l, 2005, Plaintiff, Andrew Armstrong, was a passenger on Defendant, United Airlines, on a transoceanic flight. During this flight, Plaintiff was in a chair that repositions itself into a bed. As a result of a malfunction of this chair, Plaintiff's both feet were captured in an extending portion of his leg underneath a fastened seat belt causing both his feet and ankles to be twisted.

As a result of this incident, Plaintiff sustained a severe sprain and compression to both of his ankles; a menisal tear and articular suface abnormalities to his right knee; and left knee internal derangement with meniscus tear. Plaintiff has sustained severe and permanent injuries to both of his knees.

On 5/l2/06 Plaintiff underwent right knee arthroscopy surgery performed by Dr. Geret A. DuBois. On 2/28/06, Dr. DuBois performed arthroscopy

surgery to his right knee with partial medical and lateral meniscectomies debridement of chondromafacia, removal of synovium and irrigation of crystal disease.

l. Previously provided.

2. Liability in dispute.

3. Damages and liability.

4. None, assuming liability is agreed.

5. Six months.

6. Agreeable to ADR.

By their Attorney,

BY:/S/Ronald J. Resmini

RONALD J. RESMINI, ESQ.#0484
155 South Main St., Suite 400
Providence, RI 02903
DATED: October 23, 2006
(40l)75l-8855
e-mail:resminilaw@Yahoo.com

CERTIFICATION

I hereby certify that on this 23rd day of October I electronically mailed a copy of the within Statement by regular mail, postage prepaid to the following:

Mary M. Lisi
United States District Judge
United States District Court
One Exchange Terrace
Providence, RI 02903

Howard Merten, Esq.
Lisa M. Martinelli, Esq.
l80 South Main St.
Prov., RI 02903
(By Regular Mail)

/S/Ronald J. Resmini