# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ANDREW ARMSTRONG and
PATRICIA MARIE ARMSTRONG,
Plaintiffs,

v.

UNITED AIRLINES, INC.,
Defendant.

C.A. No. 06-386 ML

## ENTRY OF APPEARANCE

Lisa M. Martinelli, Esq. hereby enters her appearance on behalf of the Defendant United Airlines, Inc.

UNITED AIRLINES, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Lisa M. Martinelli
Lisa M. Martinelli (#6350)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
lmm@psh.com

DATED: December 13, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2006, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Ronald J. Resmini, Esq.

/s/ Lisa M. Martinelli

891044_1/5419-2