## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANDREW ARMSTRONG and<br>PATRICIA MARIE ARMSTRONG,<br>            Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br>            Defendant. | C.A. No. 06-386 ML |

### NOTICE OF DEPOSITION

TO:    Ronald J. Resmini, Esq.    Allied Court Reporters
          155 South Main Street       115 Phenix Avenue
          Suite 400                            Cranston, RI  02920
          Providence, RI  02903

       PLEASE TAKE NOTICE that on **Friday, January 12, 2007 at 3:00 p.m.** at the law firm of Partridge Snow & Hahn LLP, 180 South Main Street, Providence, Rhode Island 02903, the Defendant in this action, by its attorneys, will take the deposition upon oral examination of the Keeper of Records of Geret A. DuBois, M.D., before a notary public in and for the State of Rhode Island, or before an officer authorized to administer oaths.  The deponent is to produce at that time any and all documents listed on Schedule A attached hereto.  Said examination shall continue from day to day until completed.

       You are invited to attend and cross-examine.

2

        UNITED AIRLINES, INC.

        By Its Attorneys,

        PARTRIDGE SNOW & HAHN LLP


/s/ Lisa M. Martinelli
Howard Merten (#3171)
Lisa M. Martinelli (#6350)
180 South Main Street
Providence, RI  02903
(401) 861-8200
(401) 861-8210  FAX
lmm@psh.com

DATED:  December 18, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of December, 2006, I electronically filed the foregoing NOTICE OF DEPOSITION with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.  The following participants have received notice electronically:

      Ronald J. Resmini, Esq.

        /s/ Lisa M. Martinelli

**SCHEDULE A**

You are required to produce any and all records and documents, that are or ever have been in your possession relating to Andrew Armstrong, 33 Beswick Place, Rumford, Rhode Island, DOB: ██████  SSN ████████ including but not limited to insurance records, medical records, medical bills, doctors' and nurses' notes and/or reports, reports of physical examinations and laboratory reports, pathology, X-rays, MRI, EMG or CT scan reports and physical therapy reports, progress notes and consultations, medication records, physician orders, letters, correspondence, notes, memorandum, reports, evaluations, testing data and results.

892051_1/5419-2