# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ANDREW ARMSTRONG and
PATRICIA MARIE ARMSTRONG,

Plaintiffs,

v.

UNITED AIRLINES, INC.,

Defendant.

C.A. No. 06-386 ML

## JOINT MOTION TO MODIFY PRETRIAL SCHEDULING ORDER AND EXTEND TIME FOR DISCOVERY

The undersigned parties hereby move this Court for an Order modifying the Pretrial Scheduling Order in this matter to extend the time to complete discovery as follows:

All discovery shall be closed by August 31, 2007.

Plaintiff shall make its expert witness disclosures as required by F.R.Civ.P. 26(a)(2) by May 31, 2007.

Defendant shall make its expert witness disclosures as required by F.R.Civ.P. 26(a)(2) by June 30, 2007.

Dispositive motions shall be filed by September 14, 2007.

The parties aver in support of this motion that they participated in a mediation with Magistrate Lovegreen on December 5, 2006 and scheduled a second mediation with Magistrate Lovegreen for February 6, 2007. While the second mediation was pending, the parties did not engage in extensive discovery or take any depositions. Therefore, additional time is necessary to engage in meaningful discovery.

ANDREW ARMSTRONG and
PATRICIA MARIE ARMSTRONG

By Their Attorneys,

RONALD J. RESMINI, LTD.

/s/ Ronald J. Resmini

Ronald J. Resmini (#0484)
155 South Main Street
Providence, RI 02903
(401) 751-8855
(401) 737-6464 FAX
resminlaw@yahoo.com

DATED: February 28, 2007

UNITED AIRLINES, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Lisa M. Martinelli

Howard Merten (#3171)
Lisa M. Martinelli (#6350)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
hm@psh.com
lmm@psh.com

DATED: February 28, 2007

904101_1/5419-2