# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANDREW ARMSTRONG and<br>PATRICIA MARIE ARMSTRONG,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | C.A. No. 06-386 ML |

## WITHDRAWAL OF APPEARANCE

Lisa M. Martinelli hereby withdraws her appearance as co-counsel for Defendant United Airlines, Inc. in the within matter.

/s/ Lisa M. Martinelli
Lisa M. Martinelli (#6350)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
lmm@psh.com

DATED: August 3, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing WITHDRAWAL OF APPEARANCE was filed with the Clerk of the United States District Court for the District of Rhode Island on August 3, 2007 and is available for viewing and downloading to the following ECF registered attorneys of record:

Ronald J. Resmini
resminlaw@yahoo.com

/s/ Lisa M. Martinelli

930717_1/5419-2