# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANDREW ARMSTRONG and<br>PATRICIA MARIE ARMSTRONG,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | C.A. No. 06-386 ML |

## ENTRY OF APPEARANCE

Jennifer R. Cervenka, Esq. of the law firm Partridge Snow & Hahn LLP, hereby enters her appearance on behalf of Defendant United Airlines, Inc. in the within matter.

/s/ Jennifer R. Cervenka
Jennifer R. Cervenka (#6340)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jrc@psh.com

DATED: August 21, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing ENTRY OF APPEARANCE was filed with the Clerk of the United States District Court for the District of Rhode Island on August 21, 2007 and is available for viewing and downloading to the following ECF registered attorneys of record:

Ronald J. Resmini
resminlaw@yahoo.com

/s/ Jennifer R. Cervenka

935434_1/5419-2