# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ANDREW ARMSTRONG AND
PATRICIA MARIE ARMSTRONG,
Plaintiff

v.

UNITED AIRLINES, INC.,
Defendant

C.A. No. 06-386 ML

## JOINT MOTION TO MODIFY PRETRIAL SCHEDULING ORDER AND ENLARGE TIME FOR DISCOVERY

The undersigned parties hereby move this Court for an Order modifying the Pretrial Scheduling Order in this matter to enlarge the time to complete discovery as follows:

All discovery shall be closed by December 31, 2007.

Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by October 31, 2007.

Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by November 30, 2007.

Dispositive motions shall be filed by January 14, 2008.

The parties state that the Pretrial Scheduling Order was modified previously on or about February 28, 2007 to enlarge discovery deadlines after mediation failed to resolve the dispute between the parties. As grounds for the within requested further enlargement, the parties state that counsel with primary responsibility for the case for the Defendant has withdrawn her representation of Defendant and left the employ of Partridge Snow & Hahn. Further, the two key witnesses in this matter have very intense international travel schedules and foreign residency.

Granted. Mary M. Lisi USDJ 8/30/07

Case 1:06-cv-00386-ML-LDA Document 15 Filed 08/30/2007 Page 2 of 3

Accordingly, the parties have not been able to complete depositions. The depositions of these two witnesses, United Airlines purser Paul Kramer and Plaintiff Andrew Armstrong, are scheduled for October 1, and 19th, 2007 respectively. Therefore, the parties need additional time to engage in and complete meaningful discovery.

UNITED AIRLINES, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Jennifer R. Cervenka

Howard Merten (#3171)
Jennifer Cervenka (#6340)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: August 30, 2007

ANDREW ARMSTRONG AND
PATRICIA MARIE ARMSTRONG

By Their Attorney,

/s/ Ronald J. Resmini

RONALD J. RESMINI, ESQ.(#0484)
155 South Main Street, Suite 400
Providence, RI 02903
(401) 751-8855
(401) 861-8210 FAX

DATED: August 30, 2007