UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANDREW ARMSTRONG and :
PATRICIA MARI ARMSTRONG

-VS- :C.A.NO.06-386 ML

UNITED AIRLINES, INC. :

PLAINTIFFS' CONSENTED-TO MOTION TO MODIFY
PRETRIAL SCHEDULING ORDER AND
ENLARGE TIME FOR DISCOVERY

Plaintiffs, Andrew Armstrong and Patricia Marie Armstrong, hereby move this Court for an Order modifying the Pre-Trial Scheduling Order in this matter to enlarge the time to complete discovery as follows:

All discovery shall be closed by February 29, 2008.

Plaintiffs shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by January 10, 2008.

Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by February 10, 2008.

Dispositive Motions shall be filed by March l4, 2008.

As grounds for the Motion, Plaintiffs state that Plaintiff, Andrew Armstrong, travels extensively throughout the country and internationally for most of the year as part of his work as a computer consultant and is not available

for deposition by Defendant until the end of November, 2007. Plaintiff, Patricial M. Armstrong, is also not available for deposition by Defendant until after Thanksgiving. In addition, Plaintiffs have recently propounded two sets of document requests, responses to which are due by Defendant in early and mid November, 2007. The responses will determine whether Plaintiffs need to depose third parties who may have information relevant to Plaintiffs' claims. As such, Plaintiffs need additional time to engage in and complete meaningful discovery.

Defendant does not object to the requested enlargement of dates of the current scheduling order as set forth in this Motion and has indicated that it agrees such an extension is necessary in light of Plaintiffs' recent announcement that the deposition of Plaintiff, Andrew Armstrong, presently scheduled for October l9, 2007 cannot take place as scheduled.

ANDREW ARMSTRONG AND
PATRICIA MARIE ARMSTRONG

By Their Attorney,

/s/Ronald J. Creamer, Esq. #3891
RONALD J. RESMINI, ESQ.#0484
Ronald J. Creamer, Esq. #389l
155 South Main St., Suite 400
Providence, RI 02903
(40l)75l-8855
(40l)737-6464 FAX
DATED: October l8, 2007

CERTIFICATION

I hereby certify that a copy of the within Motion to Modify PreTrial Scheduling Order and Enlarge Time For Discovery was FAXED on this l8th day of October 2007, to the following:

Howard Merten, Esq.
Jennifer Cervenka, Esq.
l80 South Main St.
Providence, RI 02903
FAX NO.: 86l-82l0

/s/ Ronald J. Creamer, Esq.#3891