# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ANDREW ARMSTRONG AND
PATRICIA MARIE ARMSTRONG,
Plaintiff

v.

UNITED AIRLINES, INC.,
Defendant

C.A. No. 06-386 ML

## JOINT MOTION TO FURTHER MODIFY PRETRIAL SCHEDULING ORDER AND ENLARGE TIME FOR DISCOVERY

The undersigned parties hereby move this Court for an Order modifying the Pretrial Scheduling Order in this matter to enlarge the time to complete discovery as follows:

All discovery shall be closed by May 30, 2008.

Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by April 10, 2008.

Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by May 9, 2008.

Dispositive motions shall be filed by June 13, 2008.

The parties state that the Pretrial Scheduling Order was modified previously on or about October 18, 2007 to enlarge discovery deadlines specifically to allow for the taking of depositions of an out of state witness for Defendant and of Plaintiff Andrew Armstrong who is frequently out of the state and country traveling for business. Those depositions and the deposition of Plaintiff Patricia Armstrong were taken at the end of 2007. The parties need

additional time for purposes of viewing the seat and plane on which Plaintiff Andrew Armstrong allegedly injured himself (which plane travels international routes), location of a passenger and potential eyewitness to the alleged injury who may be a Japanese national, and completion of expert reports and depositions. Therefore, the parties respectfully request that the Court modify the pretrial scheduling order as set forth above.

UNITED AIRLINES, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Jennifer R. Cervenka

Howard Merten (#3171)
Jennifer Cervenka (#6340)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: January 16, 2008

ANDREW ARMSTRONG AND
PATRICIA MARIE ARMSTRONG

By Their Attorney,

/s/ Ronald J. Resmini

RONALD J. RESMINI, ESQ.(#0484)
155 South Main Street, Suite 400
Providence, RI 02903
(401) 751-8855
(401) 861-8210 FAX

DATED: January 16, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing JOINT MOTION TO FURTHER MODIFY PRETRIAL SCHEDULING ORDER AND ENLARGE TIME FOR DISCOVERY was mailed, postage prepaid, on this 16th day of January, 2008 to:

RONALD J. RESMINI, ESQ.(#0484)
155 South Main Street, Suite 400
Providence, RI 02903
(401) 751-8855
(401) 861-8210 FAX

/s/Jennifer R. Cervenka ________________

961920_1