# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ANDREW ARMSTRONG and
PATRICIA MARIE ARMSTRONG,

Plaintiffs,

v.

UNITED AIRLINES, INC.,

Defendant.

C.A. No. 06-386 ML

**JOINT MOTION TO FURTHER MODIFY PRETRIAL SCHEDULING ORDER AND ENLARGE TIME FOR DISCOVERY**

The undersigned parties hereby move this Court for an Order further modifying the Pretrial Scheduling Order in this matter to enlarge the time to complete discovery as follows:

All discovery shall be closed by July 29, 2008.

Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by May 29, 2008.

Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by June 30, 2008.

Dispositive Motions shall be filed by August 15, 2008.

The parties state that the Pretrial Scheduling Order was modified most recently to enlarge discovery deadlines to allow for viewing of the seat and plane on which Plaintiff Andrew Armstrong was injured, location of an out-of-state witness, and completion of expert reports and depositions. As grounds for further enlargement, the parties represent that they have had difficulty arranging for the preparation and completion of expert reports required by Rule 26 of the Fed. R. Civ. P., and scheduling the depositions of the parties' respective experts. Further,

Defendant's expert will be working in a New York hospital until June, after the close of discovery. Therefore, the parties respectfully request that the Court modify the pretrial scheduling order as set forth above.

UNITED AIRLINES, INC.
By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Jennifer Cervenka

Jennifer Cervenka (#6340)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jrc@psh.com

ANDREW ARMSTRONG AND
PATRICIA MARIE ARMSTRONG
By Their Attorney,

/s/ Ronald J. Resmini

RONALD J. RESMINI, ESQ.(#0484)
155 South Main Street, Suite 400
Providence, RI 02903
(401) 751-8855
(401) 861-8210 FAX
resminlaw@yahoo.com

DATED: April 21, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing JOINT MOTION TO FURTHER MODIFY PRETRIAL SCHEDULING ORDER AND ENLARGE TIME FOR DISCOVERY was filed with the Clerk of the United States District Court for the District of Rhode Island on April 21, 2008 and is available for viewing and downloading to the following ECF registered attorneys of record:

Ronald J. Resmini
resminlaw@yahoo.com

/s/ Jennifer Cervenka

978831_1