UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANDREW ARMSTRONG and :
PATRICIA MARIE ARMSTRONG

-VS- :C.A.NO.06-386 ML

UNITED AIRLINES, INC. :

PLAINTIFFS' EXPERT WITNESS
DISCLOSURES AS REQUIRED BY
FED. CIV. P. 26(a)(2)

Now come the Plaintiffs in the above entitled cause and herein discloses the following expert witness disclosures as required by Fed. Civ. P. 26(a)(2):

1. Dr. Geret DuBois, 330 Cottage St., Pawtucket, Rhode Island, is an Orthopedic Physician who has been the Plaintiff's treating physician for the injuries he received in the accident of l0/2l/05. Attached is a copy of the doctor's most recent medical report dated 4/29/08 which summarizes the care and treatment given to the Plaintiff for his injuries. A copy of Dr. DuBois' CurriculumVitae is included herein. Dr. DuBois has not authored any publications within the previous ten years. There have been numerous cases in which the doctor has testified by means of audio and video deposition, primarily with regard to cases being pursued in the discipline of Workers Compensation. There has been one deposition that has been completed with regard to a personal

injury trial within the last year. The deposition testimony that Dr. DuBois has given within the last four years is being compiled by the doctor and will be forwarded to the Defendant immediately upon receipt. Dr. DuBois is going to testify by way of deposition in this matter and his fee for the deposition is $l,500.00.

It is, at the present time, the history, personal knowledge and care that Dr. DuBois provided for Mr. Andrew Armstrong, both remotely and recently which has allowed him to form my opinions as to the diagnoses and causes of injuries alleged to have been suffered by Mr. Armstrong in Civil Action No. 06-386. Dr. DuBois has not testified personally at any trial as an expert witness within the last four years. Compensation to be paid to Dr. DuBois for his deposition is based upon the period of time he has spent in the preparation for trial/deposition as well as his review of records and studies.

BY:/s/Ronald J. Creamer, Esq. #389l
RONALD J. RESMINI, ESQ.#0484
Ronald J. Creamer, Esq. #389l
155 South Main St., Suite 400
Providence, RI 02903
DATED: May 29, 2008
(40l)75l-8855
(40l)737-6464 FAX

CERTIFICATION

I hereby certify that on this 29th day of May, 2008 I mailed a copy of the within Expert Disclosure by regular mail, postage prepaid to Jennifer Cervenka, Esq. and Howard Merten, Esq., l80 South Main St., Prov., RI 02903 and electronically sent to the Clerk of the U.S. District Court.

/s/ Ronald J. Creamer,Esq. #389l
Ronald J. Resmini, Esq. #0484
Ronald J. Creamer, #Esq.389l
155 South Main St., Suite 400
Prov., RI 02903
DATED: May 29, 2008
(40l)75l-8855
(40l)737-6464 FAX
resminilaw@yahoo.com