# CURRICULUM VITAE

I, GERET A. DuBOIS, graduated from a public high school in Orlando, Florida in l959, the high school being Edgewater High School. I matriculated from that high school to Yale University where I subsequently spent four years majoring in the field, initially of zoology. I subsequently converted to the Department of Biology and at that time I received a BS degree.

Upon completion successfully of the four years of collegiate requirements, I matriculated to Tufts University School of Medicine in the year l963 where I was to spend subsequent four years attaining a M.D. Degree, graduating in l967.

In l967 I entered the United States Air Force as a temporary captain and went to serve an internship at Wilford Hall U.S. Air Force Hospital in San Antonio, Texas. During that year, I spent the predominant portion of that year as a surgical intern and completed successfully the rotations through the departments of medicine, surgery and obstetrics and gynecology.

Upon completion of my year of internship in San Antonio, Texas, I served the subsequent two years in the United States Air Force as a general medical officer at Andrews Air Force Base at Malcolm Grove U.S. Air Force Hospital. During that period of time I served predominantly as a physician in the Accident Room at Malcolm Grove Hospital.

Upon successful completion of those two years of active duty in the U.S. Air Force, I applied to and was accepted into the Residence in Orthopedic Surgery at the Rhode Island Hospital. This four years as a period of time initially with one year of general surgery to acclimate one to the practices of surgery, improve initial general surgical technique, and prepare one for the specialty training in the Department of Orthopedics. The final three years of this period of time was spent in rotating through the various disciplines of orthopedic surgery, completing the requirements of the Board of Orthopedics on a national basis.

At this point in time I think entered the general practice of orthopedics with two partners and subsequently became a partner in a three-partner firm known as Knowles, Murphy, and DuBois, Incorporated, Orthopedic

Surgeons. This occurred in the year of l974 and from l974 through until the present time I have practiced in the field of general orthopedics in the Providence/Pawtucket area.

Upon completion satisfactorily of orthopedic residency and other requirements including oral and written examinations, residency time and physician recommendation, I applied and successfully attained the position of a board certified orthopedic surgeon and have remained active in orthopedics and as a board certified surgeon.

During this period of time of practice in orthopedics in the area of Providence and Pawtucket, my partners and myself became interested in and subsequently became the physicians of record of Brown University and its sports medicine program caring for the athletes on the many fields of sport at Brown University from l974 until approximately l993. During this same period of time I became an active physician upon the staff of a number of hospitals inclusive of Rhode Island Hospital, the St. Joseph's Hospital system, both Our Lady of Providence and Our Lady of Fatima, and the Memorial Hospital of Rhode Island in Pawtucket. I also participated in provision of orthopedic care at the Health Services at Brown University.

During this period of time, I have been an active participant in many societies and organizations inclusive of the American Academy of Orthopedic Surgery, the Eastern Orthopedic Association, the Rhode Island Medical Society and Rhode Island Orthopedic Society, the New England Orthopedic Society attending many of the programs provided by each of these different societies in the pursuit of continuing education and maintenance of an active license and certification in orthopedic surgery.

Sincerely,

Geret A. DuBois, M.D.