ANDREW ARMSTRONG W/C DOI 10/21/05

DOB: 11/20/51 TEL: 270-2536

4/29/08: Reiterating the source of injuries and problems with regard to his knees, feet, and ankles. The patient was in business class, in his seat noting that he had sustained an injury therein.

The mechanism by which the seat can be converted into bed-like fash9on as a foot rest can come up and capture the space between the seat upon which the passenger sits and closes the space between the front portion of that seat and the seat in front. What had occurred is that Mr. Armstrong had had his feet underneath the seat in front of him when the malfunction occurred driving both of his feet up until they were trapped beneath the seat in front and his knees were flexed and his hips were flexed. This would bring him into a knee to chest position. According to one report from Dr. Barnard it said that his hips were flexed to 20 degrees and I think that physically that this, because of Mr. Armstrong's size, that the hips cannot be flexed to that position. Initially, the patient did complain of bilateral ankle problems and this has been noted in his chart. It took a period of time before his knees became a bit of a problem. He has subsequently been treated for bilateral knee problems, noting that he had developed some problems with regard to his knees and necessitating within a reasonable degree of medical certainty, that these be approached and they were treated surgically.

Today Mr. Armstrong is seen for problems associated with his left knee having done nothing about this over a period of a year to a year and a half, waiting passage of time and correction of the difficulties logistically occurring within the scope of his work related injury. Today, he is seen with problems associated with his left knee noting swelling and pain, noting that this is the knee that had caused him some problems in the past.

No films have been done of his knees in a while, and these will be ordered.

EXAMINATION: His exam at this time shows slight warmth in both knees. There's a well healed 5-inch scar obliquely across the medial side of his right knee. There's warmth and tenderness along the anterior portion of his left knee with tenderness, signs of some local inflammation.

PLAN: I think that further work-up of this left knee is going to be necessitated. Initially, films will be done, and as nothing has been evaluate in the space of a year and a half to two years that this must be redone and compared with old studies in order to suggest the appropriate forms of treatment to correct the complaints of pain in Mr. Armstrong's knees, especially his left.

ADDENDUM: This patient is seen with x-rays at this time showing essentially obliteration of the medial joint in his right knee and narrowing in the left knee. Within a

reasonable degree of medical certainty, after questioning this person fervently, there is no other history of injury to this gentleman other than that which was described as the injury on the aircraft as a Workers' Comp injury. At the present time he continues to complain of pain as she has throughout the entire time since that area, and is felt with a reasonable degree of medical certainty that the problems that he has in his knees at this time are related to that injury, noting that the tears that would occur and complaints of pain his knee may not present themselves until a period of time after the injury within a period of days rather than immediately. I think at this present time, because of his continued problems, noting that he cannot sit cross-legged in a chair and attempt to elevate his right leg off the left ankle that this is associated with problems within his knee and must be re-evaluated. Within a reasonable degree of medical certainty, because of the warmth and tenderness that continues in the anterior portion of his left knee, this needs to be evaluated noting that in the past someone had said that he had a bucket-handle tear in this knee, and nothing has been done to correct this at this point.

DIAGNOSIS: 1) Rule out internal derangement of the knee.
2) Progressive degenerative change within the knee associated with crystal disease and mechanical injury.

Geret A. DuBois, MD/lv